THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
  Jabari Lee, Appellant.
 
 
 

 

Appeal From Jasper County
D. Craig Brown, Circuit Court Judge

Unpublished Opinion No. 2012-UP-305
Submitted May 1, 2012 – Filed May 16, 2012    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Isaac McDuffie Stone III, of
 Beaufort, for Respondent.
 
 
 

PER CURIAM:  Jabari Lee appeals his guilty pleas and sentences,
 arguing the circuit court erred in failing to explain the penalties attached to
 the charges against him.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.